AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

SCOTTIE RAY VAN NORT,

     Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER: **3:10-CV-00720-RCJ-RAM**

JOHN APPLE, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in its Order of February 9, 2011, the court dismissed the complaint, finding the claims duplicative of claims plaintiff has brought in other actions before this court (docket #3). Plaintiff has failed to make an adequate showing under either Rule 60(b) or 59(e) that this court's order dismissing the action should be reversed. THEREFORE, plaintiff's motion to alter or amend judgment (docket #7) is DENIED and judgment is hereby entered dismissing and closing this case.

  April 29, 2011                                          **LANCE S. WILSON**
                                                                               Clerk

                                                                  /s/ Katie Lynn Ogden
                                                                      Deputy Clerk